# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NICHOLAS, DEAN § Case No. 14-45458 DRC
NICHOLAS, CELESTE §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/22/2014 . The undersigned trustee was appointed on 12/22/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   14,417.70

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 8.01 |
   | Bank service fees | 343.47 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 14,066.22 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 06/17/2015 and the deadline for filing governmental claims was 06/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,191.77 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,191.77 , for a total compensation of $ 2,191.77 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.40 , for total expenses of $ 19.40 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2016      By:/s/GINA B. KROL
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-45458 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | | | Date Filed (f) or Converted (c): | 12/22/14 (f) |
| | NICHOLAS, CELESTE | | | 341(a) Meeting Date: | 01/20/15 |
| For Period Ending: | 09/19/16 | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6421 BOBBY JONES DR WOODRIDGE IL 60517 SINGLE FAMI | 505,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| Cash on Hand | | | | | |
| 3. BMO Harris Checking Account | 14,000.00 | 14,417.70 | | 14,417.70 | FA |
| BMO Harris Checking Account frozen/Funds to Pay association fees | | | | | |
| 4. BMO Harris Busines Checking Account | 3,800.00 | 0.00 | | 0.00 | FA |
| BMO Harris Business Checking Account Frozen by Creditor | | | | | |
| 5. BMO Harris Business Checking Account | 1,150.00 | 0.00 | | 0.00 | FA |
| BMO Harris Checking Business Account frozen by creditor | | | | | |
| 6. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| General items of household goods and furnishings | | | | | |
| 7. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| General items of wearing apparel | | | | | |
| 8. Northwestern Mutual Life Insurance | 18,000.00 | 0.00 | | 0.00 | FA |
| Northwestern Mutual Whole Life Insurance | | | | | |
| 9. Stock in Samcor of Illinois | 100.00 | 0.00 | | 0.00 | FA |
| Samcor of Illinois | | | | | |
| 10. 2008 Honda Ridgeline | 10,000.00 | 0.00 | | 0.00 | FA |
| 2008 Honda Ridgeline 63k miles | | | | | |
| 11. 1995 Toyota Celica | 500.00 | 0.00 | | 0.00 | FA |
| 1995 Toyota Celica 62k miles | | | | | |
| 12. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| Reception Area Furniture | | | | | |
| 13. Dentist Instruments | 2,000.00 | 0.00 | | 0.00 | FA |
| Denist instruments | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-45458 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | Date Filed (f) or Converted (c): | 12/22/14 (f) |
| | NICHOLAS, CELESTE | 341(a) Meeting Date: | 01/20/15 |
| | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $556,250.00 | $14,417.70 | | $14,417.70 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received turnover of bank accounts

Trustee investigated fmv of dental practice

October 08, 2015, 01:26 pm

Initial Projected Date of Final Report (TFR): 06/30/15       Current Projected Date of Final Report (TFR): 06/30/16

/s/    GINA B. KROL
_____     Date: 09/19/16
       GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-45458 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | NICHOLAS, DEAN | | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | | Account Number / CD #: | *******7764  Checking Account |
| Taxpayer ID No: | *******8495 | | | |
| For Period Ending: | 09/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/15 | 3 | BMO Harris Bank<br>Chicago, IL | Checking Account | 1129-000 | 14,417.70 | | 14,417.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,407.70 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.73 | 14,386.97 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,365.58 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.67 | 14,344.91 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.33 | 14,323.58 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.30 | 14,302.28 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.58 | 14,281.70 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,260.47 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.52 | 14,239.95 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,218.78 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.14 | 14,197.64 |
| 02/18/16 | 030001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 8.01 | 14,189.63 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.74 | 14,169.89 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.07 | 14,148.82 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.36 | 14,128.46 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 14,107.46 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.30 | 14,087.16 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 14,066.22 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-45458 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | Account Number / CD #: | *******7764 Checking Account |
| Taxpayer ID No: | *******8495 | | |
| For Period Ending: | 09/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******7764 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 14,417.70 | 1 | Checks | 8.01 |
| | 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 343.47 |
| | | Subtotal | $ 14,417.70 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 351.48 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 14,417.70 | | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 09/19/16
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 19, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 14-45458 | | Priority Sequence | | | | |
| Debtor Name: NICHOLAS, DEAN | | | | Joint Debtor: NICHOLAS, CELESTE | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $2,211.17 | $2,211.17 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $4,407.64 | $4,407.64 |
| 000011<br>050<br>4110-00 | Medical Screening Services, Inc.<br>c/o Fischel & Kahn, Ltd.<br>155 N. Wacker Drive, Suite 1950<br>Chicago, IL 60606 | Secured | disallowed in full | $0.00 | $1,575.00 | $0.00 |
| 000012<br>050<br>4110-00 | Medical Screening Services, Inc.<br>c/o Fischel & Kahn, Ltd.<br>155 N. Wacker Drive, Suite 1950<br>Chicago, IL 60606 | Secured | Withdrawn | $0.00 | $1,575.00 | $0.00 |
| 000001<br>070<br>7100-90 | De Lage Landen Financial Services, Inc.<br>c/o Ashley N. Parker, Esq.<br>Askounis & Darcy, PC<br>444 North Michigan Avenue, Suite 3270<br>Chicago, IL 60611 | Unsecured | | $0.00 | $260,793.88 | $260,793.88 |
| 000002<br>070<br>7100-90 | Harry Bellock and Associates<br>c/o Michael A. O'Brien, Esq.<br>124A South County Farm Road<br>Wheaton, IL 60187 | Unsecured | | $0.00 | $83,255.81 | $83,255.81 |
| 000003<br>070<br>7100-90 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | Unsecured | | $0.00 | $516,772.41 | $516,772.41 |
| 000004<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $26,985.57 | $26,985.57 |
| 000005<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $10,460.06 | $10,460.06 |
| 000006<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $3,170.17 | $3,170.17 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 19, 2016 |

Case Number:   14-45458     **Priority Sequence**
Debtor Name:   NICHOLAS, DEAN                              Joint Debtor: NICHOLAS, CELESTE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-90 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $0.00 | $65,794.58 | $65,794.58 |
| 000008<br>070<br>7100-90 | Hitachi Capital America Corp.<br>c/o Matthew F. Kye, Esq.<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | Unsecured | | $0.00 | $53,875.34 | $53,875.34 |
| 000009<br>070<br>7100-90 | MBK Design Inc<br>d/b/a CertaPro Painters<br>24043 W Oak St<br>Plainfield IL 60544 | Unsecured | | $0.00 | $531.09 | $531.09 |
| 000010<br>070<br>7100-90 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace IL 60181 | Unsecured | | $0.00 | $2,321.83 | $2,321.83 |
| 000013<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,736.69 | $7,736.69 |
| 000014<br>070<br>7100-90 | Simon & Co Inc. (Edward N. Simon Jr)<br>739 Barracks St<br>New Orleans, LA 70116 | Unsecured | | $0.00 | $9,000.00 | $9,000.00 |
| 000015<br>070<br>7100-90 | 2nd Chance Water Restoration, Inc.<br>Steven S. Potts<br>Attorney at Law<br>2349 Walters Avenue<br>Northbrook, IL 60062 | Unsecured | | $0.00 | $21,255.91 | $21,255.91 |
| 000016<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $3,590.83 | $3,590.83 |
| 000017<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL(SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $2,280.46 | $2,280.46 |
| 000018<br>070<br>7100-90 | Anne Valley<br>Mark R Valley Law Firm, LLC<br>20 N Wacker Drive, Suite 2005<br>Chicago, IL 60606 | Unsecured<br>Withdrawn | | $0.00 | $1,000,000.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 19, 2016 |

Case Number:   14-45458     Priority Sequence
Debtor Name:   NICHOLAS, DEAN     Joint Debtor: NICHOLAS, CELESTE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $8.01 | $8.01 |
| | Case Totals: | | | $0.00 | $2,077,601.45 | $1,074,451.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-45458 DRC
Case Name: NICHOLAS, DEAN
             NICHOLAS, CELESTE
Trustee Name: GINA B. KROL

Balance on hand $ 14,066.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011 | Medical Screening Services, Inc. c/o Fischel & Kahn, Ltd. 155 N. Wacker Drive, Suite 1950 Chicago, IL 60606 | $ 1,575.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Medical Screening Services, Inc. c/o Fischel & Kahn, Ltd. 155 N. Wacker Drive, Suite 1950 Chicago, IL 60606 | $ 1,575.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 14,066.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,191.77 | $ 0.00 | $ 2,191.77 |
| Trustee Expenses: GINA B. KROL | $ 19.40 | $ 0.00 | $ 19.40 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,383.00 | $ 0.00 | $ 4,383.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Cohen & Krol | $ 24.64 | $ 0.00 | $ 24.64 |
| Other: ADAMS-LEVINE | $ 8.01 | $ 8.01 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,618.81 |
| Remaining Balance | | | $ 7,447.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,067,824.63 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | De Lage Landen Financial Services, Inc.<br>c/o Ashley N. Parker, Esq.<br>Askounis & Darcy, PC<br>444 North Michigan Avenue, Suite 3270<br>Chicago, IL 60611 | $ 260,793.88 | $ 0.00 | $ 1,818.87 |
| 000002 | Harry Bellock and Associates<br>c/o Michael A. O'Brien, Esq.<br>124A South County Farm Road<br>Wheaton, IL 60187 | $ 83,255.81 | $ 0.00 | $ 580.66 |
| 000003 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | $ 516,772.41 | $ 0.00 | $ 3,604.16 |
| 000004 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 26,985.57 | $ 0.00 | $ 188.21 |
| 000005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,460.06 | $ 0.00 | $ 72.95 |
| 000006 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 3,170.17 | $ 0.00 | $ 22.11 |
| 000007 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 65,794.58 | $ 0.00 | $ 458.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Hitachi Capital America Corp.<br>c/o Matthew F. Kye, Esq.<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | $ 53,875.34 | $ 0.00 | $ 375.75 |
| 000009 | MBK Design Inc<br>d/b/a CertaPro Painters<br>24043 W Oak St<br>Plainfield IL 60544 | $ 531.09 | $ 0.00 | $ 3.70 |
| 000010 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace IL 60181 | $ 2,321.83 | $ 0.00 | $ 16.19 |
| 000013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 7,736.69 | $ 0.00 | $ 53.96 |
| 000014 | Simon & Co Inc. (Edward N. Simon Jr)<br>739 Barracks St<br>New Orleans, LA 70116 | $ 9,000.00 | $ 0.00 | $ 62.77 |
| 000015 | 2nd Chance Water Restoration, Inc.<br>Steven S. Potts<br>Attorney at Law<br>2349 Walters Avenue<br>Northbrook, IL 60062 | $ 21,255.91 | $ 0.00 | $ 148.25 |
| 000016 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,590.83 | $ 0.00 | $ 25.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL(SAMS CLUB) POB 41067 Norfolk, VA 23541 | $ 2,280.46 | $ 0.00 | $ 15.91 |
| 000018 | Anne Valley Mark R Valley Law Firm, LLC 20 N Wacker Drive, Suite 2005 Chicago, IL 60606 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,447.41 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

NONE