IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DEAN NICHOLAS** | ) | No. 14 B 45458 |
| **CELESTE NICHOLAS** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 21, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Gina B. Krol
                                                            Ch 7 Bankruptcy Trustee

Service List:

De Lage Landen Financial Services, Inc.
c/o Ashley N. Parker, Esq.
Askounis & Darcy, PC
444 North Michigan Avenue, Ste 3270
Chicago, IL   60611

Harry Bellock & Associates
c/o Michael A. O'Brien, Esq.
124A South County Farm Road
Wheaton, IL   60187

Susquehanna Commercial Finance, Inc.
2 Country view Road, Ste 300
Malvern, PA   19355

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054-3025

American InfoSource LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK   73126-8941

Calvary SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY   10595

Hitachi Capital America Corp
c/o Matthew F. Kye, Esq.
Magnozzi & Kye, LLP

MBK Design, Inc.
d/b/a Certapro Painters
24043 W. Oak Street
Plainfield, IL   60544

Commonwealth Edison Co
3 Lincoln Center
Attn:   Bankruptcy Section
Oak Brook Terrace, IL   60181

Medical Screening Services, Inc.
c/o Fischel & Kahn, Ltd.
155 N. Wacker Drive
Ste 1950
Chicago, IL   60606

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Simon & Co, Inc.
739 Barracks Street
New Orleans, LA   70116

2nd Chance Water Restoration, Inc.
Steven S. Potts
Attorney at Law
2349 Walters Avenue
Northbrook, IL   60062

PYOD, LLC its successors & assign as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Portfolio Recovery Associates, LLC
Successor to GE Capital
P.O. Box 41067
Norfolk, VA   23541

Anne Valley
Mark R Valley Law Firm, LLC
20 N. Wacker Drive, Ste 2005
Chicago, IL   60606

Hanna Kayali
Hannakayali1@gmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov