UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
　 §
NICHOLAS, DEAN § Case No. 14-45458 DRC
NICHOLAS, CELESTE §
　 §
　　　　Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 494,050.00<br>*(Without deducting any secured claims)* | Assets Exempt: 48,200.00 |
| Total Distributions to Claimants: 7,447.41 | Claims Discharged<br>Without Payment: 1,772,758.22 |
| Total Expenses of Administration: 6,970.29 | |

　　　3) Total gross receipts of $ 14,417.70  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 14,417.70  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 491,000.00 | $ 3,150.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,970.29 | 6,970.29 | 6,970.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,737,343.00 | 2,067,824.63 | 1,067,824.63 | 7,447.41 |
| **TOTAL DISBURSEMENTS** | $ 2,228,343.00 | $ 2,077,944.92 | $ 1,074,794.92 | $ 14,417.70 |

4) This case was originally filed under chapter 7 on 12/22/2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2016             By: /s/GINA B. KROL
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris Checking Account | 1129-000 | 14,417.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,417.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 | | 491,000.00 | NA | NA | 0.00 |
| 000011 | MEDICAL SCREENING SERVICES, INC. | 4110-000 | NA | 1,575.00 | 0.00 | 0.00 |
| 000012 | MEDICAL SCREENING SERVICES, INC. | 4110-000 | NA | 1,575.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 491,000.00 | $ 3,150.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 2,191.77 | 2,191.77 | 2,191.77 |
| GINA KROL | 2200-000 | NA | 19.40 | 19.40 | 19.40 |
| ADAMS-LEVINE | 2300-000 | NA | 8.01 | 8.01 | 8.01 |
| ASSOCIATED BANK | 2600-000 | NA | 343.47 | 343.47 | 343.47 |
| COHEN & KROL | 3110-000 | NA | 2,922.01 | 2,922.01 | 2,922.01 |
| GINA KROL | 3110-000 | NA | 1,460.99 | 1,460.99 | 1,460.99 |
| COHEN & KROL | 3120-000 | NA | 24.64 | 24.64 | 24.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,970.29 | $ 6,970.29 | $ 6,970.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-1 Concrete Leveling 1201 Park Ave River Forest, IL 60305 | | 5,000.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 14,430.00 | NA | NA | 0.00 |
| | Cap1/Carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Cb/Vicscrt Po Box 182128 Columbus, OH 43218-2128 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 42,474.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 39,284.00 | NA | NA | 0.00 |
| | Comenity Bank/Vctrssec 220 W Schrock Rd Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Dental Technology Services Inc 1000 Brown Street #307 Wauconda, IL 60084 | | 30,000.00 | NA | NA | 0.00 |
| | Environmental Diagnostics Inc | | 0.00 | NA | NA | 0.00 |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 2,124.00 | NA | NA | 0.00 |
| | Lease Processing Center 1111 Old Eagle School Rd Wayne, PA 19087 | | 250,000.00 | NA | NA | 0.00 |
| | Mbb 1460 Renaissance Dr Park Ridge, IL 60068 | | 200.00 | NA | NA | 0.00 |
| | Monterey Collection Sv 4095 Avenida De La Plata Oceanside, CA 92056 | | 6,589.00 | NA | NA | 0.00 |
| | Northwestern Mutual 720 East Wisconsin Milwaukee, WI 53202 | | 320,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Ass 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 2,280.00 | NA | NA | 0.00 |
| 000015 | 2ND CHANCE WATER RESTORATION, INC. | 7100-900 | 50,000.00 | 21,255.91 | 21,255.91 | 148.25 |
| 000013 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 7,736.00 | 7,736.69 | 7,736.69 | 53.96 |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 3,170.00 | 3,170.17 | 3,170.17 | 22.11 |
| 000018 | ANNE VALLEY | 7100-900 | NA | 1,000,000.00 | 0.00 | 0.00 |
| 000007 | CAVALRY SPV I, LLC | 7100-900 | 65,741.00 | 65,794.58 | 65,794.58 | 458.88 |
| 000010 | COMMONWEALTH EDISON CO | 7100-900 | NA | 2,321.83 | 2,321.83 | 16.19 |
| 000001 | DE LAGE LANDEN FINANCIAL SERVICES, | 7100-900 | 250,000.00 | 260,793.88 | 260,793.88 | 1,818.87 |
| 000004 | DISCOVER BANK | 7100-900 | 26,985.00 | 26,985.57 | 26,985.57 | 188.21 |
| 000005 | DISCOVER BANK | 7100-900 | 10,460.00 | 10,460.06 | 10,460.06 | 72.95 |
| 000002 | HARRY BELLOCK AND ASSOCIATES | 7100-900 | NA | 83,255.81 | 83,255.81 | 580.66 |
| 000008 | HITACHI CAPITAL AMERICA CORP. | 7100-900 | 55,000.00 | 53,875.34 | 53,875.34 | 375.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 2,280.00 | 2,280.46 | 2,280.46 | 15.91 |
| 000016 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 3,590.00 | 3,590.83 | 3,590.83 | 25.04 |
| 000014 | SIMON & CO INC. (EDWARD N. SIMON JR | 7100-900 | NA | 9,000.00 | 9,000.00 | 62.77 |
| 000003 | SUSQUEHANNA COMMERCIAL FINANCE, INC | 7100-900 | 550,000.00 | 516,772.41 | 516,772.41 | 3,604.16 |
| 000009 | MBK DESIGN INC | 7100-901 | NA | 531.09 | 531.09 | 3.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,737,343.00 | $ 2,067,824.63 | $ 1,067,824.63 | $ 7,447.41 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 14-45458 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | | |
| | NICHOLAS, CELESTE | | |
| For Period Ending: | 12/13/16 | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 12/22/14 (f) |
| 341(a) Meeting Date: | 01/20/15 |
| Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6421 BOBBY JONES DR WOODRIDGE IL 60517 SINGLE FAMI | 505,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| Cash on Hand | | | | | |
| 3. BMO Harris Checking Account | 14,000.00 | 14,417.70 | | 14,417.70 | FA |
| BMO Harris Checking Account frozen/Funds to Pay association fees | | | | | |
| 4. BMO Harris Busines Checking Account | 3,800.00 | 0.00 | | 0.00 | FA |
| BMO Harris Business Checking Account Frozen by Creditor | | | | | |
| 5. BMO Harris Business Checking Account | 1,150.00 | 0.00 | | 0.00 | FA |
| BMO Harris Checking Business Account frozen by creditor | | | | | |
| 6. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| General items of household goods and furnishings | | | | | |
| 7. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| General items of wearing apparel | | | | | |
| 8. Northwestern Mutual Life Insurance | 18,000.00 | 0.00 | | 0.00 | FA |
| Northwestern Mutual Whole Life Insurance | | | | | |
| 9. Stock in Samcor of Illinois | 100.00 | 0.00 | | 0.00 | FA |
| Samcor of Illinois | | | | | |
| 10. 2008 Honda Ridgeline | 10,000.00 | 0.00 | | 0.00 | FA |
| 2008 Honda Ridgeline 63k miles | | | | | |
| 11. 1995 Toyota Celica | 500.00 | 0.00 | | 0.00 | FA |
| 1995 Toyota Celica 62k miles | | | | | |
| 12. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| Reception Area Furniture | | | | | |
| 13. Dentist Instruments | 2,000.00 | 0.00 | | 0.00 | FA |
| Denist instruments | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-45458 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | | | Date Filed (f) or Converted (c): | 12/22/14 (f) |
| | NICHOLAS, CELESTE | | | 341(a) Meeting Date: | 01/20/15 |
| | | | | Claims Bar Date: | 06/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $556,250.00 | $14,417.70 | | $14,417.70 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing is set for November 18, 2016
October 21, 2016, 09:06 am

Sent TFR to US Tee for Review September 20, 2016, 12:21 pm

Trustee received turnover of bank accounts
Trustee investigated fmv of dental practice
October 08, 2015, 01:26 pm

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 10/31/16

/s/    GINA B. KROL
_____   Date: 12/13/16
      GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-45458 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | NICHOLAS, DEAN | | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | | Account Number / CD #: | *******7764  Checking Account |
| Taxpayer ID No: | *******8495 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/15 | 3 | BMO Harris Bank<br>Chicago, IL | Checking Account | 1129-000 | 14,417.70 | | 14,417.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,407.70 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.73 | 14,386.97 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,365.58 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.67 | 14,344.91 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.33 | 14,323.58 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.30 | 14,302.28 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.58 | 14,281.70 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,260.47 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.52 | 14,239.95 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,218.78 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.14 | 14,197.64 |
| 02/18/16 | 030001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 8.01 | 14,189.63 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.74 | 14,169.89 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.07 | 14,148.82 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.36 | 14,128.46 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 14,107.46 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.30 | 14,087.16 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 14,066.22 |
| 11/18/16 | 030002 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 2,211.17 | 11,855.05 |
| | | | Fees        2,191.77 | 2100-000 | | | |

Page Subtotals        14,417.70        2,562.65

Ver: 19.06c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-45458 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | NICHOLAS, DEAN | | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | | Account Number / CD #: | *******7764  Checking Account |
| Taxpayer ID No: | *******8495 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          19.40 | 2200-000 | | | |
| 11/18/16 | 030003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 1,460.99 | 10,394.06 |
| 11/18/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 2,946.65 | 7,447.41 |
| | | | Fees            2,922.01 | 3110-000 | | | |
| | | | Expenses          24.64 | 3120-000 | | | |
| 11/18/16 | 030005 | De Lage Landen Financial Services, Inc.<br>c/o Ashley N. Parker, Esq.<br>Askounis & Darcy, PC<br>444 North Michigan Avenue, Suite 3270<br>Chicago, IL 60611 | Final Distribution | 7100-900 | | 1,818.87 | 5,628.54 |
| 11/18/16 | 030006 | Harry Bellock and Associates<br>c/o Michael A. O'Brien, Esq.<br>124A South County Farm Road<br>Wheaton, IL 60187 | Final Distribution<br>(2-1) Modified to correct creditor<br>address (modified on 3/19/2015)(MH) | 7100-900 | | 580.66 | 5,047.88 |
| 11/18/16 | 030007 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | Final Distribution<br>(3-1) Guaranty of Commercial<br>Equipment Finance Agreement | 7100-900 | | 3,604.16 | 1,443.72 |
| 11/18/16 | 030008 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 188.21 | 1,255.51 |
| 11/18/16 | 030009 | Discover Bank<br>Discover Products Inc | Final Distribution | 7100-900 | | 72.95 | 1,182.56 |

Page Subtotals                    0.00        10,672.49

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-45458 -DRC |
| Case Name: | NICHOLAS, DEAN |
| | NICHOLAS, CELESTE |
| Taxpayer ID No: | *******8495 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7764 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/16 | 030010 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br>(earlier line: PO Box 3025, New Albany, OH 43054-3025) | Final Distribution | 7100-900 | | 22.11 | 1,160.45 |
| 11/18/16 | 030011 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(7-1) Cavalry SPV I, LLC as assignee of FIA Card Services, NA / Perks Advantage | 7100-900 | | 458.88 | 701.57 |
| 11/18/16 | 030012 | Hitachi Capital America Corp.<br>c/o Matthew F. Kye, Esq.<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | Final Distribution<br>(8-1) incorrec pdf. Filer notified to file an amended claim. (modified on 4/9/2015)(MH) | 7100-900 | | 375.75 | 325.82 |
| 11/18/16 | 030013 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace IL 60181 | Final Distribution | 7100-900 | | 16.19 | 309.63 |
| 11/18/16 | 030014 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(13-1) CREDIT CARD DEBT | 7100-900 | | 53.96 | 255.67 |
| 11/18/16 | 030015 | Simon & Co Inc. (Edward N. Simon Jr)<br>739 Barracks St<br>New Orleans, LA 70116 | Final Distribution | 7100-900 | | 62.77 | 192.90 |
| 11/18/16 | 030016 | 2nd Chance Water Restoration, Inc.<br>Steven S. Potts<br>Attorney at Law<br>2349 Walters Avenue<br>Northbrook, IL 60062 | Final Distribution | 7100-900 | | 148.25 | 44.65 |
| | | | Page Subtotals | | 0.00 | 1,137.91 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2     Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-45458 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | NICHOLAS, DEAN | | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | | Account Number / CD #: | *******7764 Checking Account |
| Taxpayer ID No: | *******8495 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/16 | 030017 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 25.04 | 19.61 |
| 11/18/16 | 030018 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL(SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 15.91 | 3.70 |
| 11/18/16 | 030019 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #          DIVIDEND<br>================================<br>9          000009             3.70 | 7100-901 | | 3.70 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,417.70 | 14,417.70 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,417.70 | 14,417.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,417.70 | 14,417.70 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7764 | 14,417.70 | 14,417.70 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 14,417.70 | 14,417.70 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     44.65

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 14-45458 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | NICHOLAS, DEAN | Bank Name: | ASSOCIATED BANK |
| | NICHOLAS, CELESTE | Account Number / CD #: | *******7764 Checking Account |
| Taxpayer ID No: | *******8495 | | |
| For Period Ending: | 12/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********7764

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.06c